## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JANE TORTORICH AND**
**DAVID TORTORICH**

**VS.**                                            **CIVIL ACTION NO. 2:22-cv-3-KS-MTP**

**SAM'S WEST. INC.**
*doing business as*
**Sam's Club**

## JUDGMENT OF DISMISSAL

This cause comes before the Court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice as to all parties. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement and impose attorney's fees and costs as indicated.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this the __6th__ day of September, 2022.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE